FILED

07/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0157

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0157

IN THE MATTER OF:

Z.N.-M.,

A Youth in Need of Care.

**ORDER**

Upon consideration of Appellant Mother's motion to supplement the record the, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Appellant Mother's motion to supplement the record is GRANTED. The transcripts of the January 29, 2019, hearing shall be placed in the file of this Court.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 14 2023